UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL K. WILSON,<br>    Plaintiff,<br>v.<br>SISKIYOU COUNTY, et al.,<br>    Defendants. | Case No. 23-cv-01939-YGR (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, an inmate at Siskiyou County Jail, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. On May 24, 2023, this case was reassigned from a Magistrate Judge to the undersigned judge. Dkt. 6. Plaintiff has since filed a completed complaint form and prisoner *in forma pauperis* application. Dkts. 10, 11.

The acts complained of occurred at the Siskiyou County Jail in Yreka, California which is located in the Eastern District of California, and it appears that defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. All pending motions are TERMINATED on this Court's docket as no longer pending in this district. The Clerk of the Court shall transfer the case forthwith.

IT IS SO ORDERED.

Dated: July 10, 2023

_____
JUDGE YVONNE GONZALEZ ROGERS
United States District Judge